UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09-CR-1209-H |
| Plaintiff, | ) ) | ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING |
| v. | ) ) | |
| MICHAEL IVY, (2) | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

GOOD CAUSE APPEARING and based on the stipulation of the parties, the time for the sentencing hearing is continued from April 5, 2010 at 9:00 a.m. to **June 14, 2010 at 9:00 a.m.** The Court accepted the defendant's guilty plea on February 25, 2010. The defendant is on bond and has filed an Acknowledgment of the Next Court Date.

IT IS SO ORDERED.

Dated: March 12, 2010

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT